UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MECHELLE A. TUCKER,

    Plaintiff,

v.

                                  CASE No. 1:17-cv-267

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY,

    HON. ROBERT J. JONKER

    Defendant.

_____/

## JUDGMENT

In accordance with the Opinion and Order entered this date, Judgment is entered in favor of Defendant and against Plaintiff.

Dated:    May 10, 2018             /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    CHIEF UNITED STATES DISTRICT JUDGE